A. Nadler, defendant in error, v. Motor Car Service Company, plaintiff in error. Gen. No. 32,785.

Opinion filed November 27, 1928.

Joseph A. Huston, for plaintiff in error. No appearance for defendant in error.

Mr. Justice Scanlan delivered the opinion of the court.

H. James Rossier and C. Brooks Middleton, trading as Middleton & Rossier, appellees, v. Donchian Furniture Company, appellant. Gen. No. 32,794.

Opinion filed November 27, 1928. Rehearing denied December 11, 1928.

Joseph D. Irose, for appellant. Marvin W. Wallach, for appellees.

Mr. Justice Scanlan delivered the opinion of the court.

Hawkins & Loomis Co., appellee, v. Isaac Gittler, appellant. Gen. No. 32,804.

Opinion filed November 27, 1928.

Kaplan & Kaplan, for appellant. Adams & Hawley, for appellee; Ralph E. Brown, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

William R. Johnston, appellant, v. Howard G. Shockey, appellee. Gen. No. 32,838.

Opinion filed November 27, 1928. Rehearing denied December 11, 1928.

Charles D. Callahan, for appellant. No appearance for appellee.

Mr. Justice Scanlan delivered the opinion of the court.